**Judgment in a Civil Case**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ANDREW VAUGHN, SR.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   CIVIL NO. 04-942-PMF |
| | ) |
| **JO ANNE B. BARNHART,** | ) |
| **Commissioner of Social Security,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.** This action came before the Court for judicial review of the Commissioner's decision denying plaintiff's application for disability benefits, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED** that judgment be, and it is, hereby, entered in favor of defendant Jo Anne B. Barnhart, Commission of Social Security, and against plaintiff Andrew Vaughn, Sr.

**DATED:** May 9, 2006                              NORBERT G. JAWORSKI, CLERK

                                                                       By: **s/Karen R. Metheney**
                                                                              **Deputy Clerk**

**APPROVED:**

*s/ Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**